IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| CALVIN ALPHONSE LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 99-AR-3282-J |
| | ) | |
| WARDEN BILLY OWENS and | ) | |
| CAPTAIN MORSE, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
MAR 13 P...
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAR 13 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 23, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. A Final Judgment will be entered.

DATED this 13th day of March, 2000.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE